IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-1246-WJM-STV

PAMELA STONE, an individual,
TWYLA RUSAN, an individual,
M. JAMIE MORROW, an individual, and
THE SOUTH PARK COALITION, INC., a non-profit 501(c)(4) Colorado corporation,

    Plaintiffs,

v.

HIGH MOUNTAIN MINING COMPANY, LLC, a Wyoming limited liability company, and
JAMES R. MURRAY, an individual,

    Defendants.

## FINAL JUDGMENT

THIS MATTER was tried to the Court for four days beginning on April 26, 2022, before the Judge William J. Martinez, United States District Judge. In accordance with the orders filed during the pendency of this case, and pursuant to the Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Findings of Fact and Conclusions of Law Entered upon Trial on the Merits to the Court [ECF 175] entered by Judge William J. Martinez on September 12, 2022, and incorporated herein by reference, it is

ORDERED that Defendants' Rule 52(c) Motion is DENIED in Part and DENIED AS MOOT in Part. It is

FURTHER ORDERED that judgment is entered in favor of Plaintiffs against Defendant, High Mountain Mining Company, LLC on their claim under the CWA, 33 U.S.C. §§ 1331(a), 1342(a)(1). It is

FURTHER ORDERED that judgment is entered in favor of Defendant Murray against Plaintiffs on their claim brought against him under the CWA, 33 U.S.C. §§ 1331(a), 1342(a)(1). It is

FURTHER ORDERED that, should Plaintiffs wish to be awarded attorneys' fees and costs under 33 U.S.C. § 1365(d), they must file a motion, along with full supporting documentation, no later than October 2, 2022. Any response in opposition to such a brief and supporting documentation shall be filed no later than October 17, 2022. Any reply in support of such a brief and supporting documentation shall be filed no later than October 31, 2022. It is

FURTHER ORDERED that judgment is entered in favor of Plaintiffs and against Defendant High Mountain in the amount of $500,000.00. It is

FURTHER ORDERED that judgment is entered in favor of Defendant James R. Murray and against Plaintiffs.

This case will be closed.

Dated September 12, 2022, at Denver, Colorado.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By: s/H.Guerra
Deputy Clerk